**EXHIBIT A**

**ACCOUNT INDEX**

| ACCOUNT NAME | ABBREVIATION | ACCOUNT HOLDER/BENEFICIARY |
|---|---|---|
| Prosperity '7188 | Account 1 | Posting Solutions |
| Compass Bank '3873 | Account 2 | Cereus Properties |
| Compass '4862 | Account 3 | Cereus |
| First Federal Savings and Loan-San Rafael '3620 | Account 4 | Lacey |
| Rep. Bank of AZ '2485 | Account 5 | Lacey |
| Rep. Bank of AZ '1897 | Account 6 | Lacey |
| Rep. Bank of AZ '3126 | Account 7 | Lacey |
| Rep. Bank of AZ '8316 | Account 8 | Lacey |
| Rep. Bank of AZ '8324 | Account 9 | Lacey |
| RBA '8332 | Account 10 | Lacey |
| SF fire '2523 | Account 11 | Lacey |
| Midfirst '4139 (Money Gram Cashier's Check) | Account 12 | John Becker for Lacey |
| Rep. Bank of AZ '1889 | Account 13 | Larkin |
| Rep. Bank of AZ '2592 | Account 14 | Larkin |
| Rep. Bank of AZ '1938 | Account 15 | Larkin |
| Rep. Bank of AZ '8103 | Account 16 | Larkin |
| Rep. Bank of AZ '8162 | Account 17 | Larkin |
| Rep. Bank of AZ '8189 | Account 18 | Larkin |
| Perkins Coie '0012 (Funds) | Account 19 | Margaret Larkin |
| Perkins Coie '0012 (Investment) | Account 20 | |

| | | |
|---|---|---|
| Acacia Cons. Funds ' 2020 | Account 21 | Ocotillo Family Trust |
| Bank of America '8225 | Account 22 | Troy Larkin |
| Bank of America '7054 | Account 23 | Ramon Larkin |
| BBVA Compass '3825 | Account 24 | Brunst |
| All/Bernstein '6878 | Account 25 | Brunst Family Trust |
| All/Bernstein '4954 | Account 26 | Brunst Family Trust |
| All/Bernstein '7982 | Account 27 | Brunst Family Trust |
| All/Bernstein '7889 | Account 28 | Brunst Family Trust |
| All/Bernstein '7888 | Account 29 | Brunst Family Trust |
| All/Bernstein '6485 | Account 30 | Brunst Family Trust |
| Nat'l Bank of AZ '0178 | Account 31 | Spear |
| Nat'l Bank of AZ '0151 | Account 32 | Scott and Ellona Spear |
| Nat'l Bank of AZ '3645 | Account 33 | Scott and Ellona Spear Family Trust |
| Rep. Bank of AZ '8189 | Account 18 | Larkin |
| Nat'l Bank of AZ '6910 | Account 34 | Scott and Ellona Spear Family Trust |
| Ascensus '4301 | Account 35 | Natasha Spear |
| Ascensus '8001 | Account 36 | Natasha Spear |
| K&H '1210 (Hungary) | Account 37 | Primus Trust |
| Fio '2226 (Czech) | Account 38 | Gold Leaf |
| Fio '2231 (Czech) | Account 39 | Gold Leaf |
| Fio '2230 (Czech) | Account 40 | Gold Leaf |
| Fio '4194 (Czech) | Account 41 | Protecctio |
| Fio '4196 (Czech) | Account 42 | Protecctio |

| | | | |
|---|---|---|---|
| 1 | Fio '4198 (Czech) | Account 43 | Protecctio |
| 2 | Fio '8083 (Czech) | Account 44 | Varicok |
| 3-4 | Nat'l Bank of AZ '6910 | Account 34 | Scott and Ellona Spear Family Trust |
| 5 | Fio '8086 (Czech) | Account 45 | Varicok |
| 6 | Fio '8080 (Czech) | Account 46 | Varicok |
| 7-8 | Frick 'K000 K (Liechtenstein) | Account 47 | Ad Tech BV |
| 9-10 | Frick 'K000 U (Liechtenstein) | Account 48 | Ad Tech BV |
| 11-12 | Frick 'K000 E (Liechtenstein) | Account 49 | Ad Tech BV |
| 13-14 | Frick 'K001 K (Liechtenstein) | Account 50 | Ad Tech BV |
| 15-16 | Knab Bank '7664 (Netherlands) | Account 51 | Procop |
| 17-18 | Rabo Bank '2452 (Netherlands) | Account 52 | Gulietta |
| 19-20 | Rabo Bank '4721 (Netherlands) | Account 53 | UniversAds |
| 21-22 | LHV Pank '4431 (Estonia) | Account 54 | Olist Ou |
| 23-24 | Saxo Payments '1262 (United Kingdom) | Account 55 | Cashflows |
| 25 | Fio '5803 (Czech) | Account 56 | Ad Tech BV |
| 26 | Fio '5801 (Czech) | Account 57 | Ad Tech BV |
| 27 | Fio '5805 (Czech) | Account 58 | Ad Tech BV |