**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-08588-RGK-PJW; 2:18-cv-08565-RGK-PJW; 2:18-cv-08566-RGK-PJW; 2:18-cv-08568-RGK-PJW; 2:18-cv-08570-RGK-PJW; 2:18-cv-08577-RGK-PJW; 2:18-cv-08578-RGK-PJW; 2:18-cv-08579-RGK-PJW; 2:18-cv-08592-RGK-PJW; 2:18-cv-08551-RGK-PJW; 2:18-cv-08555-RGK-PJW; 2:18-cv-08556-RGK-PJW; 2:18-cv-08723-RGK-PJW; 2:18-cv-08423-RGK-PJW; 2:18-cv-08730-RGK-PJW; 2:18-cv-08569-RGK-PJW; 2:18-cv-08747-RGK-PJW; 2:18-cv-08748-RGK-PJW; 2:18-cv-08749-RGK-PJW; 2:18-cv-08750-RGK-PJW; 2:18-cv-08753-RGK-PJW; 2:18-cv-08754-RGK-PJW; 2:18-cv-08759-RGK-PJW; 2:18-cv-08760-RGK-PJW; 2:18-cv-08763-RGK-PJW; 2:18-cv-08764-RGK-PJW; 2:18-cv-08420-RGK-PJW; 2:19-cv-07048-RGK-PJW; 2:19-cv-07039-RGK-PJW; 2:19-cv-07032-RGK-PJW; 2:19-cv-07044-RGK-PJW; 2:18-cv-06742-RGK-PJW | Date | November 26, 2019 |
|---|---|---|---|
| Title | *In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:** (IN CHAMBERS) Scheduling Order and Order to Show Cause Why Cases Should Not Be Consolidated

These related cases arise from the seizure of funds in connection with the ongoing criminal matter *United States v. Lacey*, No. 18-CR-422-PHX-SPL (D. Ariz.). The seized funds are the alleged proceeds of illegal activities associated with Backpage.com, an online publisher of third-party advertisements. The claimants to the seized property have filed motions to vacate or modify the seizure warrants, and motions for the release of funds, among others.

Federal Rule of Civil Procedure 42(a) provides authority for consolidation of actions that involve common questions of law and fact. Rule 42(a) states that "[if] actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid

| Title | *Related cases to In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts* |
|---|---|

unnecessary cost or delay." Fed. R. Civ. P. 42(a). The court has "broad discretion" under Federal Rule of Civil Procedure 42(a) to consolidate cases pending within the same district once that determination is made. *Investors Research Co. v. United States Dist. Court for Cent. Dist.*, 877 F.2d 777, 777 (9th Cir. 1989).

The claims in these related cases arise from the same set of facts and are subject to the same asserted defenses. The Court therefore orders the parties to show cause why the Court should not exercise its discretion to consolidate the cases in this matter.

**The Parties shall file a Response to this Order to Show Cause by no later than December 9, 2019**.

Pursuant to the above, the Court extends Claimants' deadline to respond to the verified civil forfeiture complaint until **January 6, 2019.**

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer            _____